FILED'23 NOV 6 16:01USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford DIVISION

Eric Patrick Koon

*(Enter full name of plaintiff)*

Plaintiff,

v.

Klamath County Sheriff's, Sergeant (Sheriff) Davidson, Deputy (Sheriff) Kabar.

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 1:23-CV-01626-CL
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes   ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Eric Patrick Koon
Street Address: 3201 Vandenberg Road.
City, State & Zip Code: Klamath Falls, OR, 97603
Telephone No.: None

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**   Name: Klamath County Sheriffs
Street Address: 3201 Vandenberg Road
City, State & Zip Code: Klamath Falls, OR, 97603
Telephone No.: Unknown

**Defendant No. 2**   Name: Sergeant (Sheriff) Davidson #4456
Street Address: 3201 Vandenberg Road
City, State & Zip Code: Klamath Falls Oregon 97603
Telephone No.: Unknown

**Defendant No. 3**   Name: Deputy (Sheriff) Kabar
Street Address: 3201 Vandenberg Road
City, State & Zip Code: Klamath Falls Oregon 97603
Telephone No.: Unknown

**Defendant No. 4**   Name: Deputy R. Bergstrom (Sheriff)
Street Address: 3201 Vandenberg Road
City, State & Zip Code: Klamath Falls Oregon 97603
Telephone No.: Unknown

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A. You are bringing suit against (*check all that apply*):

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

U.S. Const. Amd I (1791); U.S. Const. Amd IV (1791)

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On or about March 31 2023 7:00 pm Deputy Kabar came into my cell and told me that he was ordered to take everything out of my cell. I said not my Bible and told him it's my 1 Amendment right Freedom of excercise of my Religious beliefs and he told me he doesn't care about the United States Constitutional rights, and took it. Sergeant Davidson came and talked to me, I told him they can't take my Bible away it's my right and he told me they can do whatever they want. When I asked whos dicission it was he said it was all of theirs meaning Klamath County Sheriffs. Klamath County Sheriffs violated my Constitutional rights.

### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On or about March 31 of 2023 after the incident described in Claim (I) I Eric Koon had requested for

a lieutenant to come talk to me I was refused then I had requested that I would like a grievance to challange their miss treatment of my religious opinion and rights which Klamath County Sheriff's ignored me keeping me from my Legal Mail My Rights to my Religious and my ability to Exhaust Administrative Remedies.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

on or about Febuary 18th 2023 Deputy BergStrom was performing a investigation on a alleged attempted Escape in Klamath County Jail MR BergStrom took me out of my cell and placed me in booking to be on watch MR. BergStrom asked me where my legal mail was so he wouldnt open any of it without me present and I told him. MR. BergStrom Brought me my legal mail and searched it infront of me when I Noticed a Sealed letter to my Attorney opened I questioned MR. BergStrom and found out he did open a Cofidential letter which Violates illegal Search

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

~~☒ Yes~~         ☒ No ✓

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I Eric Koon pray that MR. Davidson and MR. Kabor be forced to quit there jobs and no longer be able to be employed by any law Enforcment agencey up to 5 years.

I Eric Koon pray that the Court orders Klamath County Sheriffs to pay me $1.5 Million and to pay for Court fees and attorney fees on all parties, this is all I pray the Court for.

I pray the Court to order MR. Bergstrom to pay a $100,000. for the lose of my Attorney Client privlages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31 day of October, 2023.

*Erik Patrick Koon*
(Signature of Plaintiff)

Defendant's

Klamath County Sheriff's

Sergeant Davidson

Deputy Kabar

Deputy R. Bergstrom

Refuse to give anymore information than what I have recieved. They all work at Klamath County Jail Oregon

Plaintiff: Eric Patrick Koon.   Date: 10/31/2023